UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FIVE STAR DEVELOPMENT RESORT
COMMUNITIES, LLC,

                           Plaintiff,

    -against-


iSTAR RC PARADISE VALLEY LLC,

                         Defendant.
------------------------------------------------------------x

No. 09-CV-2085 (LTS)


**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE THAT,** upon the annexed declaration of Bonnie L. Chmil, dated May 17, 2012, the exhibits thereto, the accompanying Memorandum of Law, and all of the prior pleadings and proceedings in this action, defendant and counterclaimant iStar RC Paradise Valley LLC ("iStar") will move this Court, before the Honorable Laura Taylor Swain, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be set by the Court, for an order granting iStar's motion *in limine* to exclude certain evidence from trial of this action and for such other and further relief as this Court may deem just and proper.

      iStar certifies that it has used its best efforts to resolve informally the matters raised in this submission.

Dated: May 17, 2012
       New York, New York

                          KATTEN MUCHIN ROSENMAN LLP

                          By_____
                              Anthony L. Paccione
                              Timothy J. Patenode
                              Bonnie Lynn Chmil

575 Madison Avenue
New York, New York 10022
Telephone:  (212) 940-8800
Facsimile:  (212) 840-8776

*Attorneys for Defendant and Counterclaimant iStar RC
Paradise Valley LLC*

To:

MORRISON COHEN LLP
Mary E. Flynn
Danielle C. Lesser
Rudolph F. Lehrer
909 Third Avenue
New York, New York  10022
(212) 735-8600

*Attorneys for Plaintiff
Five Star Development Resort Communities, LLC*